IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Miscellaneous No. _1:07mc59_

## ORDER ESTABLISHING 2007 HOLIDAY SCHEDULE

All offices will be closed on Thursday, November 22, 2007, Tuesday, December 25, 2007 and Tuesday, January 1, 2008, which are federal holidays.

In addition, the Clerk's Office and Probation Office will be closed Friday, November 23, 2007 (the day following Thanksgiving) and Monday, December 24, 2007 (the day proceeding Christmas). An emergency contact number will be placed on the entry door at each location of the Clerk's Office and the Probation Office.

Each district judge and magistrate judge may adopt any schedule he or she desires regarding the above-mentioned dates with respect to his or her chambers.

The Clerk is directed to transmit copies of this order to the United States Attorney, United States Marshals Service, the Clerk of the United States Bankruptcy Court, the Chief United States Probation Officer and the Federal Public Defender.

IT IS SO ORDERED.

Dated: November _1_, 2007.

_____
IRENE M. KEELEY, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE COURT